MIDWOOD TRUST COMPANY, Respondent, · *v.* HARRY KOEPPEL CORPORATION et al., Defendants, and WALTER F. KENNEY, as Trustee in Bankruptcy of HARRY KOEPPEL CORPORATION, Appellant.

(Argued October 6, 1933; decided October 24, 1933.)

*Leo E. Sherman* and *Gabriel Kaslow* for appellant.
*John S. Russell* and *Gilbert F. Regan* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.